IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.D. ALSTON,<br><br>     Plaintiff,<br><br>     vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO CITY POLICE DEPARTMENT; RICK BRAZIEL; OFFICER PETERSON; SECURITY GUARD SCOTT; OFFICER J. MEIGR; OFFICER STEWART; SUPERVISING SERGEANT ON SITE; and DOES 1 to 10,<br><br>     Defendants.<br>_____/ | No. CIV S-11-2079 JAM EFB PS<br><br><br><br><br><br><br><br><br><br><u>ORDER</u> |

     On November 18, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

     The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

     Accordingly, IT IS ORDERED that:

     1. The proposed Findings and Recommendations filed November 18, 2011, are ADOPTED; and

2.  Plaintiff's motion for a temporary restraining order and for a preliminary injunction, Dckt. No. 10, is denied.

DATED: February 2, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE