1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   C.D. ALSTON,

11            Plaintiff,                        No. CIV S-11-2079 JAM EFB PS

12        vs.

13   CITY OF SACRAMENTO; SACRAMENTO
     CITY POLICE DEPARTMENT; RICK
14   BRAZIEL; OFFICER PETERSON;
     SECURITY GUARD SCOTT; OFFICER
15   J. MEIGR; OFFICER STEWART;
     SUPERVISING SERGEANT ON SITE; and
16   DOES 1 to 10,

17            Defendants.                       ORDER
     _____/
18

19            On November 18, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on the parties and which contained notice that any objections to the

21   findings and recommendations were to be filed within fourteen days.  No objections were filed.

22            The court has reviewed the applicable legal standards and, good cause appearing,

23   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

24            Accordingly, IT IS ORDERED that:

25            1.  The proposed Findings and Recommendations filed November 18, 2011, are

26   ADOPTED; and

                                            1

2.  Plaintiff's motion for a temporary restraining order and for a preliminary injunction, Dckt. No. 10, is denied.

DATED: February 2, 2012

/s/ John A. Mendez
_____
UNITED STATES DISTRICT JUDGE